UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO.: 16-10798
L.T. NO.: 1:15-cv-20484-FAM

JAMAR THOMPSON,

    Plaintiff/Appellant,

v.

OCEANIA CRUISES, INC.,
a foreign corporation; and INTERNATIONAL
CRUISE SERVICES, INC.,
A foreign corporation,

    Defendant/Appellant.
_____/

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COMES NOW,** the Appellant, JAMAR THOMPSON, by and through the undersigned counsel and pursuant to 11th Cir. R. 26.1-2 (f), hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, and, in furtherance thereof, sets forth the following interested persons:

1. Alvarez, Carbonell, Feltman & Da Silva, P.L. (Attorneys for the Appellant)

2. Clair, William F. (Counsel for Appellees)

3. Feltman, Paul Brown (Attorney for the Appellant)

4. Gutierrez, Annalisa (Counsel for Appellees)

5. Hamilton, Jerry (Counsel for Appellees)

6. Hamilton, Miller & Brithisel, LLP (Counsel for Appellees)

7. International Cruise Services, Inc. (Co-Appellee)

8. Nicolas G. Sakellis, P.A. (Co-Counsel for Appellant)

9. Oceania Cruises, Inc. (Appellee)

10. Sakellis, Nick (Co-Counsel for Appellant

11. Sotolongo, P.A. (Co-Counsel for the Appellant)

12. Sotolongo, Peter (Co-Counsel for the Appellant)

13. Thompson, Jamar (Appellant)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission Notices of Electronic Filing generated by CM/ECF and, by mail for counsel of parties who are not authorized to receive electronically Notices of Electronic filing.

Respectfully submitted,

/s/ *Paul B. Feltman*
Paul B. Feltman (FBN 992046)
pfeltman@ACFDLaw.com
Alvarez Carbonell Feltman
& Da Silva, P.L

75 Valencia Avenue- 8th Floor
Coral Gables, Florida 33134
Tel: (305) 444-5885
Fax: (305) 444-8986
Attorney for Appellant

## SERVICE LIST

Nick Sakellis, Esq.
**NICOLAS G. SAKELLIS, P.A.**
Florida Bar No.: 939269
*Co-Counsel for Appellant*
44 West Flagler Street
Suite 750
Miami, FL 33130
nsakellis@att.net
Telephone: (305) 577-4221
Facsimile: (305) 577-3341

Peter Sotolongo, Esq.
**SOTOLONGO, P.A.**
Florida Bar No.: 584101
*Co-Counsel for Appellant*
Courthouse Towers
44 West Flagler Street
Suite 1700
Miami, FL 33130
Telephone: (305) 415-0073
psotolongo@sotolongolaw.com
litigation@sotolongolaw.com

Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
Annalisa Gutierrez, Esq.
Florida Bar No.: 97940
HAMILTON, MILLER & BIRTHISEL, LLP

Counsel for Appellees
150 Southeast Second Avenue
Suite 1200
Miami, FL 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
jhamilton@hamiltonmillerlaw.com
agutierrez@hamiltonmillerlaw.com