UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO.: 16-10798
L.T. NO.: 1:15-cv-20484-FAM

JAMAR THOMPSON,

    Plaintiff/Appellant,

v.

OCEANIA CRUISES, INC.,
a foreign corporation; and INTERNATIONAL
CRUISE SERVICES, INC.,
A foreign corporation,

    Defendant/Appellant.
_____/

## MOTION TO FILE CIVIL APPEAL STATEMENT OUT OF TIME

**COMES NOW,** Appellant JAMAR THOMPSON, pursuant to 11th Cir. R. 33-1(a)(1) and this Court's letter dated March 14, 2016 and files this Motion to File Civil Appeal Statement Out of Time and states as follows:

1. The Notice of Appeal in this matter was filed on February 22, 2016. The Civil Appeal Statement is attached hereto as Exhibit "A" and Certificate of Interested Parties previously filed with this Court on March 10, 2016 attached hereto as Exhibit "B".

2. The Appellant files this out of time motion for extension of time pursuant to this Court's letter dated March 14, 2016. Due to a clerical error, the Appellant calendared the due date as March 15, 2016.

3. This out of time motion is filed in good faith and no party will be prejudiced. This motion is made in good faith and not for the purpose of delay.

**WHEREFORE,** the Appellant hereby requests the entry of this Court's Order granting this Motion to file Civil Appeal Statement Out of Time and for any other relief that this Court deems just and equitable.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission Notices of Electronic Filing generated by CM/ECF and, by mail for counsel of parties who are not authorized to receive electronically Notices of Electronic filing.

Respectfully submitted,

/s/ *Paul B. Feltman*
Paul B. Feltman (FBN 992046)
pfeltman@ACFDLaw.com
Benjamin R. Alvarez (FBN 175633)
Ben@acfdlaw.com
Alvarez Carbonell Feltman
& Da Silva, P.L

75 Valencia Avenue- 8th Floor
Coral Gables, Florida 33134
Tel: (305) 444-5885
Fax: (305) 444-8986
Attorney for Plaintiff /Appellant

## SERVICE LIST

Nick Sakellis, Esq.
**NICOLAS G. SAKELLIS, P.A.**
Florida Bar No.: 939269
*Co-Counsel for Appellant*
44 West Flagler Street
Suite 750
Miami, FL 33130
nsakellis@att.net
Telephone: (305) 577-4221
Facsimile: (305) 577-3341

Peter Sotolongo, Esq.
**SOTOLONGO, P.A.**
Florida Bar No.: 584101
*Co-Counsel for Appellant*
Courthouse Towers
44 West Flagler Street
Suite 1700
Miami, FL 33130
Telephone: (305) 415-0073
psotolongo@sotolongolaw.com
litigation@sotolongolaw.com

Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
Annalisa Gutierrez, Esq.
Florida Bar No.: 97940
Michael Dono, Esq.
HAMILTON, MILLER & BIRTHISEL, LLP
Counsel for Appellees

150 Southeast Second Avenue
Suite 1200
Miami, FL 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
jhamilton@hamiltonmillerlaw.com
agutierrez@hamiltonmillerlaw.com
mdono@hamiltonmillerlaw.com