Rev. 2/11

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: **16-10798**

| Caption: | |
|---|---|
| JAMAR THOMPSON<br><br>V.<br><br>OCEANIA CRUISES, INC., a foreign corporation and INTERNATIONAL CRUISE SERVICES, INC. a foreign corporation | District and Division: Eleventh Circuit<br>Name of Judge: Federico A. Moreno<br>Nature of Suit: 4340 Marine Personal Injury<br>Date Complaint Filed: 02/08/2015<br>District Court Docket Number: 1:15-cv-20484-FAM<br>Date Notice of Appeal Filed:<br>☐ Cross Appeal    ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes  ☒ No<br>If Yes, provide<br>(a) Caption:<br>(b) Citation:<br>(c) Docket Number: |

| | Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|---|
| For Appellant:<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Paul B. Feltman, Esq. | 75 Valencia Avenue<br>8th Floor<br>Coral Gables, FL 33134 | 305-444-5885<br>305-444-8986 |
| For Appellee:<br>☐ Plaintiff<br>☒ Defendant<br>☐ Other (Specify) | Jerry D. Hamilton, Esq. | 150 Southeasr Second Avenue<br>Suite 1200<br>Miami, FL 33131 | 305-379-3686<br>305-379-3690<br>jhamilton@hamiltonmillerlaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☒ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☒ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☒ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ Excess $75,000.00<br>Amount Sought by Defendant:<br>$ _____<br>Awarded:<br>$ _____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent     ☐ Denied |

Page 2                                                                      11th Circuit Docket Number: __16-10798__

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☒ No
    What is the issue you claim is one of First Impression?

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☒ Yes  ☐ No

    If Yes, provide
    (a) Case Name/Statute      Jones Act 46 U.S.C §688
    (b) Citation
    (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☒ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☒ No

    If Yes, provide
    (a) Case Name
    (b) Citation
    (c) Docket Number if unreported
    (d) Court or Agency

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☒ No
    (b) Among circuits?  ☐ Yes  ☒ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether the District Court erred when it entered summary judgment on Plaintiff's Jones Act Negligence and Unseaworthiness Claims.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __28th__ DAY OF __March__, __2016__.

__Paul B. Feltman, Esq.__                         __/s/ Paul B. Feltman__
NAME OF COUNSEL (Print)                           SIGNATURE OF COUNSEL

*Please ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b): (a) judgments and orders appealed from or sought to be reviewed; (b) any supporting opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.*